# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ST. JAMES HEALTHCARE, a Montana corporation, d/b/a/ SCL HEALTH, <br><br> Defendant. | CASE NO. C19-629 MJP <br><br> ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE COURT DATES |

This matter comes before the Court on Plaintiff's Motion to Continue Court Dates. (Dkt. No. 9.) Having reviewed the motion and the remaining record, the Court DENIES the motion.

The motion provides no explanation whatsoever as to why the existing case deadlines cannot be met—Plaintiff does not show good cause to amend the case schedule and has not indicated that Defendant has stipulated to such an extension; the Court declines to make amendments on this record.

Therefore, IT IS ORDERED that the request to amend the existing case schedule is DENIED without prejudice to bring a renewed motion which cures the defects noted above and outlines a plan for meeting the revised deadlines.

The clerk is ordered to provide copies of this order to all counsel.

Dated June 27, 2019.

Marsha J. Pechman
United States District Judge