THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ST. JAMES HEALTHCARE, a Montana corporation, d/b/a SCL Health, <br><br> Defendant. | NO. C19-00629-MJP <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and William Jie Woo Kim of Littler Mendelson, P.C., attorneys for Defendant, St. James Healthcare, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this 25th day of July, 2019.

| | |
|---|---|
| REID, McCARTHY, BALLEW & LEAHY, L.L.P. | LITTLER MENDELSON, P.C. |
| *s/Russell J. Reid*  <br> Russell J. Reid, WSBA #2560 | *s/William Jie Woo Kim* – authorized to sign via email 7/25/19  <br> William Jie Woo Kim, WSBA #46792 |

| Attorney for Plaintiff | Attorney for Defendant |

**ORDER OF DISMISSAL**

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 29th day of July, 2019.

_Marsha J. Pechman_
Marsha J. Pechman
United States District Judge

Submitted for Entry:

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

By s/Russell J. Reid
   Russell J. Reid, WSBA #2560
   Attorneys for Plaintiff